UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>_____<br><br>ALL PARTS<br>_____<br><br>THIS RELATES TO:<br><br>ALL CASES | Master File No. 12-md-02311<br><br>Honorable Sean F. Cox<br><br>2:12-md-02311-SFC-RSW<br>2:12-cv-00500-SFC-RSW<br>2:12-cv-00501-SFC-RSW<br>2:12-cv-00504-SFC-RSW<br>2:14-cv-00507-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:14-cv-13356-SFC-RSW<br>2:15-cv-12068-SFC-RSW<br>2:19-cv-13302-SFC-RSW<br>2:12-cv-00100-SFC-RSW<br>2:13-cv-00105-SFC-RSW<br>2:13-cv-01300-SFC-RSW<br>2:13-cv-01600-SFC-RSW<br>2:13-cv-01700-SFC-RSW<br>2:12-cv-00200-SFC-RSW<br>2:13-cv-00205-SFC-RSW |

**ORDER GRANTING MOTION
TO WITHDRAW A. PAUL VICTOR AS COUNSEL**

WHEREAS, A. Paul Victor, an attorney at Winston & Strawn LLP, which represents Defendants NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, and NTN Wälzlager (Europa) GmbH, Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., Panasonic Corp. and Panasonic Corp. of North America, has retired from the law firm of Winston & Strawn LLP;

WHEREAS, Mr. Victor requested that the Court enter an order allowing him to withdraw as counsel in the following actions:

- 2:12-md-02311-SFC-RSW (Automotive Parts Antitrust Litigation)
- 2:12-cv-00500-SFC-RSW (Bearings – Lead Case)
- 2:12-cv-00501-SFC-RSW (Bearings – Direct Purchaser Action)
- 2:12-cv-00504-SFC-RSW (Bearings – OEMs Action)
- 2:14-cv-00507-SFC-RSW (Bearings – Trucks & Equipment Dealership Action)
- 2:14-cv-12095-SFC-RSW (Bearings – State Attorneys General Action)
- 2:14-cv-13356-SFC-RSW (Bearings – *Rush Truck Ctrs. of Ariz., Inc. v. JTEKT Corp.*)
- 2:15-cv-12068-SFC-RSW (Bearings – *DALC Gear & Bearing Supply Corp. v. Koyo France SA*)
- 2:19-cv-13302-SFC-RSW (Bearings – *Mitsubishi Motors North America, Inc. v. JTEKT Corp.*)
- 2:12-cv-00200-SFC-RSW (Instrument Panel Clusters – Lead Case)
- 2:13-cv-00205-SFC-RSW (Instrument Panel Clusters – State Attorneys General Action)
- 2:12-cv-00100-SFC-RSW (Wire Harness – Lead Case)
- 2:13-cv-00105-SFC-RSW (Wire Harness – State Attorneys General Action)
- 2:13-cv-01300-SFC-RSW (Switches – Lead Case)
- 2:13-cv-01600-SFC-RSW (Steering Angle Sensors – Lead Case)
- 2:13-cv-01700-SFC-RSW (HID Ballasts – Lead Case)

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Mr. Victor's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Mr. Victor be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Dated: February 2, 2021

s/Sean F. Cox  
Sean F. Cox  
U. S. District Judge